IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:25-cv-699

| | |
|---|---|
| MICHAEL ISAIAH PRATT,<br><br>*Plaintiff*<br><br>v.<br><br>CITY OF CHARLOTTE, JOHN DOE.<br><br>*Defendants.* | NOTICE OF REMOVAL TO FEDERAL COURT |

PLEASE TAKE NOTICE that, Defendant City of Charlotte (the "City"), without waiving any defenses under Federal Rules of Civil Procedure 12(b), by and through undersigned counsel, removes the above-captioned action from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

1. On July 30, 2025, Plaintiff Michael Isaiah Pratt filed a Complaint in the Superior Court of Mecklenburg County, North Carolina styled as *Michael Isaiah Pratt v. City of Charlotte et al.*, 25CV039174-590.

2. The Complaint alleges, pursuant to 42 U.S.C. § 1983, that Defendants prosecuted Plaintiff in violation of his federal constitutional rights.

3. This case is a civil suit for damages allegedly arising under the United States Constitution. Accordingly, the Court has subject matter jurisdiction under 28 U.S.C. § 1331. This action is removable to federal court pursuant to 28 U.S.C. § 1441. Further, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

4. The United States District Court for the Western District of North Carolina encompasses the state court in which Plaintiff filed this action.

1

5. Written notice of filing of this Notice of Removal will be served upon Plaintiff's counsel.

6. Attached as Exhibit 1 to this Notice of Removal is the Summons, Complaint, proof of service, and Notice of Appearance from the state court action.

7. A copy of this Notice of Removal to Federal Court is being filed contemporaneously in the Superior Court of Mecklenburg County, North Carolina, as shown by the Notice attached hereto as Exhibit 2.

WHEREFORE, Defendant City of Charlotte hereby gives notice that this action has been removed from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina.

Dated: September 11, 2025

Respectfully submitted,

**OFFICE OF THE CITY ATTORNEY**

/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)
Assistant City Attorney
Charlotte-Mecklenburg Government Center
600 E. Fourth Street
Charlotte, North Carolina 28202
Telephone: (980) 275-9796
Taylor.Imperiale@charlottenc.gov

*Counsel for Defendant City of Charlotte*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Removal was served via email and by depositing a copy of same in the United States mail, postage prepaid, addressed to Plaintiff's counsel of record as follows:

>John M. Kirby
>Law Offices of John M. Kirby, PLLC
>4801 Glenwood Ave., suite 200
>Raleigh, NC 27612-3856
>john@legal-nc.com
>*Counsel for Plaintiff*

Dated: September 11, 2025

/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)